JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL A. HOBBS, | CV 09-6889 PA (FFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF LONG BEACH, et al., | |
| Defendants. | |

Pursuant to the Court's Minute Order of July 19, 2010 granting the defendants' Motion for Summary Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants the City of Long Beach, Gary Burroughs, and James Clinton Squires (collectively "Defendants") shall have judgment in their favor against plaintiff Earl A. Hobbs ("Plaintiff").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff takes nothing and that Defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: July 19, 2010

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE